FILED **CONFORM**

1  Stephen F. Moeller, State Bar No. 56344
   E-Mail: sfm@vrmlaw.com
2  VALENSI ROSE
   Professional Law Corporation
3  2029 Century Park East, Suite 2050
   Los Angeles, California  90067-3031
4
   Telephone: (310) 277-8011
5  Facsimile: (310) 277-1706

6  Attorneys for Plaintiff, MED-LEGAL, INC.

2008 FEB 14  AM 10: 24

CLERK U.S. DISTRICT COURT
CENTRAL DIST. OF CALIF.
LOS ANGELES

BY _____

## UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA, WESTERN DIVISION

| | |
|---|---|
| MED-LEGAL, INC., a California corporation,<br><br>Plaintiff,<br><br>vs.<br><br>MATRIX DOCUMENT IMAGING, INC., a California corporation and DOES 1-10, inclusive,<br><br>Defendants. | CASE NO. **CV08-01004 JSL (RZx)**<br><br>COMPLAINT FOR:<br><br>(1) **COPYRIGHT INFRINGEMENT**<br>(2) **STATUTORY UNFAIR COMPETITION** |

Plaintiff, MED-LEGAL, INC. ("Med-Legal") complains of Defendant and alleges as follows:

### JURISDICTION AND VENUE

1. This Court has subject matter jurisdiction over this action pursuant to 28 U.S.C. §§ 1331, 1332, 1338.

2. Venue is proper in this district pursuant to 28 U.S.C. §§ 1391(b) and 1400, in that Defendant's principal place of business is in this district and because Plaintiff's claims arose in this district.

### PARTIES

3. Plaintiff Med-Legal is a California corporation with its principal place

220097.1

COMPLAINT

1 | of business located in Covina, California. Med-Legal is in the business of providing
2 | services to professionals, persons and companies in the workers' compensation area.
3 |       4.     Defendant Matrix Document Imaging, Inc. ("Matrix") is a California
4 | corporation with its principal place of business located in Covina, California.
5 | Matrix is likewise in the business of providing services to professionals, persons and
6 | companies working in the workers' compensation area.
7 |       5.     Plaintiff is unaware of the true names and capacities, whether
8 | individual, corporate or otherwise, of Defendants Does 1-10, and therefore sues
9 | these Defendants and each of them, by said fictitious names. Plaintiff will seek
10 | leave of this court to amend this Complaint when the true status and identities of
11 | these Defendants are ascertained.

## FACTUAL BACKGROUND

15 |       6.     Prior to 2006, Plaintiff Med-Legal created the Work Comp Directory
16 | ("Work Comp Directory"). The Work Comp Directory is a resource volume and
17 | compilation which provides directories of vendors, services and professionals for
18 | persons and companies doing business in the worker's compensation area. Med-
19 | Legal and its staff have created and developed the Work Comp Directory over a
20 | period of years by investing substantial time, resources, and research to compile,
21 | edit, and organize the listings which comprise the Work Comp Directory. Although
22 | much of the information contained in the Work Comp Directory is available from
23 | public sources, Med-Legal and its staff expend resources, and use of their own
24 | research and judgment, to determine what information is included and how it is
25 | organized and arranged. Consequently, the Work Comp Directory is a
26 | compilation/directory and an original work of authorship entitled to copyright
27 | protection under 17 U.S.C. §§ 103, 106 and 501.
28 |       7.     On or about March 14, 2006, Med-Legal registered the 2006 version of

the Work Comp Directory with Register of Copyrights. The Certificate of Registration, a copy of which is attached hereto as Exhibit "A", bears the number TX 6-323-865.

8. Beginning in or about 2006, Defendant Matrix began copying, reproducing and repackaging the copyrighted material contained in Med-Legal's Work Comp Directory. Using Med-Legal's copyrighted material, Matrix has produced a series of volumes and/or directories entitled the "Matrix QME/AME Directory" and similar titles (the "Matrix Copies"). Essentially all the content of the MatrixCopies has been directly copied and reproduced from Med-Legal's Work Comp Directory, without editing or revision.

9. Beginning in or about 2006 and continuing to the present, Matrix has distributed the MatrixCopies to businesses and potential clients in an apparent attempt to compete with Med-Legal.

10. Matrix's production and distribution of the MatrixCopies represents the systematic, intentional and direct copying of the copyrighted material from the Med-Legal Work Comp Directory. For almost all categories of professionals, experts, and services, the listings contained in the Matrix Copies are a word-for-word reproduction of the material in Med-Legal's Work Comp Directory.

11. At no time has Med-Legal authorized Matrixto reproduce, copy or distribute the Work Comp Directory or any of the material contained therein.

12. Due to the harm to Med-Legal's protected copyright interest, Plaintiff is entitled to an injunction restraining Matrix, and its officers, directors, agents and employees, and all persons acting in concert with them, from engaging in such further acts of copyright infringement.

///
///
///
///

## FIRST CLAIM FOR RELIEF

## (Copyright Infringement – 17 U.S.C. § 106, *et seq* by Med-Legal against MATRIX and Does 1-10).

13. Plaintiff repeats and incorporates by reference the allegations contained in paragraphs 1 through 12 above.

14. By their unlawful acts alleged herein, Defendants have, without authorization or consent, incorporated Med-Legal's copyrighted material into new commercial products. Defendants' reproduction, distribution and use of the MatrixCopies violates Med-Legal's exclusive right to reproduce and distribute copies of its Work Comp Directory. Accordingly, Defendants have infringed Med-Legal's copyrighted work in violation of 17 U.S.C. §§ 501.

15. Defendants' wrongful conduct has been intentional, willful, deliberate, and without excuse or justification. Matrix, and its officers, directors and employees, were aware that Med-Legal had copyrighted its Work Comp Directory, and that they had no license or permission to copy or reproduce the material contained therein.

16. Plaintiff Med-Legal is entitled recover its actual damages as well as Defendant Matrix's profits or, in the alternative, statutory damages of up to $150,000 for willful infringement together with Plaintiff's costs of suit and attorneys' fees.

17. Defendants' actions alleged herein have caused, and will continue to cause, irrevocable damage to Med-Legal for which there is no remedy at law. Consequently, Med-Legal is entitled to preliminary and permanent injunctions restraining Defendants and their agents, employees, and all persons acting thereunder from such further acts of copyright infringement.

///

///

## SECOND CLAIM FOR RELIEF

(Statutory Unfair Competition – 15 U.S.C. § 1125(a);
California Business and Professions Code §§ 17200
*et. seq.* – by Med-Legal Against MATRIX.)

18. Plaintiff repeats and incorporates by reference the allegations contained in paragraphs 1 through 17 above.

19. By reason of the conduct alleged herein, the Defendants are likely to confuse and mislead consumers and persons practicing in the workers' compensation area, in violation of 15 U.S.C. § 1125(a) and, indeed, such confusion and deception has actually occurred. Defendants have been, and are, engaged in unlawful, unfair or fraudulent business practices in violation of § 17200 *et. seq.* of the California Business and Professions Code.

20. Defendant's acts complained of herein have damaged, and will continue to damage Plaintiff Med-Legal irreparably. Med-Legal has no adequate remedy at law for these losses and injuries. Med-Legal is therefore entitled to (i) a permanent injunction restraining and enjoining Defendants, and their officers, agents and employees, and all persons acting on their behalf, from using or distributing the MatrixCopies in connection with their business, or in connection with the promotion and sale of any of Defendant's services; (ii) disgorgement of Defendant Matrix's profits and (iii) an award of Med-Legal's lost profits. In addition, because Defendants have acted with malice, fraud and oppression, Med-Legal is entitled to an award of punitive and exemplary damages pursuant to the California Civil Code.

///
///
///
///

220097.1

-5-

COMPLAINT

## PRAYER FOR RELIEF

WHEREFORE, Med-Legal demands judgment as follows:

1. That Defendants, as well as any persons acting under their direction, control or authority, and all persons acting in concert with them, be enjoined during the pendency of this action, and permanently thereafter from manufacturing, producing, marketing, distributing, or promoting the product consisting of the MATRIX Copies, or any similar product infringing Med-Legal's Work Comp Directory.

2. That, pursuant to 17 U.S.C. §§ 503(b) and 509, all copies, volumes, reproductions, and inventory of the MatrixCopies or any similar product infringing Med-Legal's copyrighted material, be ordered delivered up for destruction.

3. That Med-Legal recover its actual damages and Defendant Matrix's profits, or, in the alternative, that Med-Legal recover $150,000 in statutory damages for each instance of willful infringement pursuant to 17 U.S.C. § 504.

4. That Matrix be ordered to pay Med-Legal's reasonable attorneys' fees and costs pursuant to 17 U.S.C. § 505.

5. That Matrix be ordered to pay Med-Legal punitive and exemplary damages in an amount to be determined at trial.

6. For such other and further relief as the Court deems just and proper.

DATED: February 5, 2008          Respectfully submitted,

VALENSI ROSE, PLC

By: _____
       Stephen F. Moeller
Attorneys for Plaintiff, MED-LEGAL, INC.

## DEMAND FOR JURY TRIAL

Plaintiff Med-Legal hereby demands trial by jury.

DATED: February 5, 2008

Respectfully submitted,

VALENSI ROSE, PLC

By: _____
       Stephen F. Moeller
Attorneys for Plaintiff, MED-LEGAL, INC.

ORIGINAL

Stephen F. Moeller, Esq. [State Bar No. 56344]
VALENSI ROSE, PLC
2029 Century Park East, Suite 2050
Los Angeles, CA 90067
Tel. (310) 601-7020
Fax. (310) 277-1706

# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

| MED-LEGAL, INC., a California corporation | CASE NUMBER: |
|---|---|
| Plaintiff(s) | CV08-01004 JSL (RZx) |
| v. | |
| MATRIX DOCUMENT IMAGING, INC., a California corporation and DOES 1-10, inclusive. | SUMMONS |
| Defendant(s) | |

TO:   THE ABOVE-NAMED DEFENDANT(S):

YOU ARE HEREBY SUMMONED and required to file with this court and serve upon plaintiff's attorney <u>Stephen F. Moeller, Esq.</u>                                                   , whose address is:

VALENSI ROSE, PLC
2029 Century Park East, Suite 2050
Los Angeles, CA 90067

an answer to the  [x] complaint  [ ] _____ amended complaint  [ ] counterclaim  [ ] cross-claim which is herewith served upon you within <u>20</u> days after service of this Summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint.

CLERK, U.S. DISTRICT COURT

Date:  FEB 1 4 2008            By: _Natalie Zonojeric_
                                       Deputy Clerk

(Seal of the Court)

---

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

### NOTICE OF ASSIGNMENT TO UNITED STATES MAGISTRATE JUDGE FOR DISCOVERY

This case has been assigned to District Judge J. Spencer Letts and the assigned discovery Magistrate Judge is Ralph Zarefsky.

The case number on all documents filed with the Court should read as follows:

**CV08- 1004 JSL (RZx)**

Pursuant to General Order 05-07 of the United States District Court for the Central District of California, the Magistrate Judge has been designated to hear discovery related motions.

The United States District Judge assigned to this case will review all filed discovery motions and thereafter, on a case-by-case or motion-by-motion basis, may refer discovery related motions to the Magistrate Judge for hearing and determination

---

### NOTICE TO COUNSEL

*A copy of this notice must be served with the summons and complaint on all defendants (if a removal action is filed, a copy of this notice must be served on all plaintiffs).*

Subsequent documents must be filed at the following location:

| | | |
|---|---|---|
| [X] Western Division<br>312 N. Spring St., Rm. G-8<br>Los Angeles, CA 90012 | [ ] Southern Division<br>411 West Fourth St., Rm. 1-053<br>Santa Ana, CA 92701-4516 | [ ] Eastern Division<br>3470 Twelfth St., Rm. 134<br>Riverside, CA 92501 |

Failure to file at the proper location will result in your documents being returned to you.

---

CV-18 (03/06)    NOTICE OF ASSIGNMENT TO UNITED STATES MAGISTRATE JUDGE FOR DISCOVERY

**CONFORM**

UNITED STATES DISTRICT COURT, CENTRAL DISTRICT OF CALIFORNIA
CIVIL COVER SHEET

**I (a) PLAINTIFFS** (Check box if you are representing yourself ☐)
MED-LEGAL, INC., a California corporation

**DEFENDANTS**
MATRIX DOCUMENT IMAGING, INC., a California corporation and DOES 1-10, inclusive.

**(b)** County of Residence of First Listed Plaintiff (Except in U.S. Plaintiff Cases): LOS ANGELES COUNTY, CALIFORNIA

County of Residence of First Listed Defendant (In U.S. Plaintiff Cases Only): LOS ANGELES COUNTY, CALIFORNIA

**(c)** Attorneys (Firm Name, Address and Telephone Number. If you are representing yourself, provide same.)
STEPHEN F. MOELLER, ESQ.
VALENSI ROSE, PLC
2029 Century Park East, Suite 2050
Los Angeles, CA 90067
Tel (310) 601-7020
Fax (310) 277-1706

Attorneys (If Known)

**II. BASIS OF JURISDICTION** (Place an X in one box only.)

☐ 1 U.S. Government Plaintiff
☐ 2 U.S. Government Defendant
☒ 3 Federal Question (U.S. Government Not a Party)
☐ 4 Diversity (Indicate Citizenship of Parties in Item III)

**III. CITIZENSHIP OF PRINCIPAL PARTIES** - For Diversity Cases Only
(Place an X in one box for plaintiff and one for defendant.)

| | PTF | DEF | | PTF | DEF |
|---|---|---|---|---|---|
| Citizen of This State | ☐ 1 | ☐ 1 | Incorporated or Principal Place of Business in this State | ☐ 4 | ☐ 4 |
| Citizen of Another State | ☐ 2 | ☐ 2 | Incorporated and Principal Place of Business in Another State | ☐ 5 | ☐ 5 |
| Citizen or Subject of a Foreign Country | ☐ 3 | ☐ 3 | Foreign Nation | ☐ 6 | ☐ 6 |

**IV. ORIGIN** (Place an X in one box only.)

☒ 1 Original Proceeding
☐ 2 Removed from State Court
☐ 3 Remanded from Appellate Court
☐ 4 Reinstated or Reopened
☐ 5 Transferred from another district (specify):
☐ 6 Multi-District Litigation
☐ 7 Appeal to District Judge from Magistrate Judge

**V. REQUESTED IN COMPLAINT: JURY DEMAND:** ☒ Yes ☐ No (Check 'Yes' only if demanded in complaint.)
**CLASS ACTION under F.R.C.P. 23:** ☐ Yes ☐ No    ☒ **MONEY DEMANDED IN COMPLAINT:** $ Injunctive Relief

**VI. CAUSE OF ACTION** (Cite the U.S. Civil Statute under which you are filing and write a brief statement of cause. Do not cite jurisdictional statutes unless diversity.)
17 U.S.C. §§ 106, 501 et. seq.  Action for copyright infringement against Defendants.

**VII. NATURE OF SUIT** (Place an X in one box only.)

| OTHER STATUTES | CONTRACT | TORTS PERSONAL INJURY | TORTS PERSONAL PROPERTY | PRISONER PETITIONS | LABOR |
|---|---|---|---|---|---|
| ☐ 400 State Reapportionment | ☐ 110 Insurance | ☐ 310 Airplane | ☐ 370 Other Fraud | ☐ 510 Motions to Vacate Sentence Habeas Corpus | ☐ 710 Fair Labor Standards Act |
| ☐ 410 Antitrust | ☐ 120 Marine | ☐ 315 Airplane Product Liability | ☐ 371 Truth in Lending | | ☐ 720 Labor/Mgmt. Relations |
| ☐ 430 Banks and Banking | ☐ 130 Miller Act | ☐ 320 Assault, Libel & Slander | ☐ 380 Other Personal Property Damage | | ☐ 730 Labor/Mgmt. Reporting & Disclosure Act |
| ☐ 450 Commerce/ICC Rates/etc. | ☐ 140 Negotiable Instrument | | ☐ 385 Property Damage Product Liability | ☐ 530 General | |
| ☐ 460 Deportation | ☐ 150 Recovery of Overpayment & Enforcement of Judgment | ☐ 330 Fed. Employers' Liability | | ☐ 535 Death Penalty | ☐ 740 Railway Labor Act |
| ☐ 470 Racketeer Influenced and Corrupt Organizations | | | **BANKRUPTCY** | ☐ 540 Mandamus/ Other | ☐ 790 Other Labor Litig. |
| ☐ 480 Consumer Credit | ☐ 151 Medicare Act | ☐ 340 Marine | ☐ 422 Appeal 28 USC 158 | ☐ 550 Civil Rights | ☐ 791 Empl. Ret. Inc. Security Act |
| ☐ 490 Cable/Sat TV | ☐ 152 Recovery of Defaulted Student Loan (Excl. Veterans) | ☐ 345 Marine Product Liability | ☐ 423 Withdrawal 28 USC 157 | ☐ 555 Prison Condition | **PROPERTY RIGHTS** |
| ☐ 810 Selective Service | | ☐ 350 Motor Vehicle | | | ☒ 820 Copyrights |
| ☐ 850 Securities/Commodities/ Exchange | ☐ 153 Recovery of Overpayment of Veteran's Benefits | ☐ 355 Motor Vehicle Product Liability | **CIVIL RIGHTS** | **FORFEITURE/PENALTY** | ☐ 830 Patent |
| ☐ 875 Customer Challenge 12 USC 3410 | ☐ 160 Stockholders' Suits | ☐ 360 Other Personal Injury | ☐ 441 Voting | ☐ 610 Agriculture | ☐ 840 Trademark |
| ☐ 890 Other Statutory Actions | ☐ 190 Other Contract | | ☐ 442 Employment | ☐ 620 Other Food & Drug | **SOCIAL SECURITY** |
| ☐ 891 Agricultural Act | ☐ 195 Contract Product Liability | ☐ 362 Personal Injury- Med Malpractice | ☐ 443 Housing/Acco- mmodations | ☐ 625 Drug Related Seizure of Property 21 USC 881 | ☐ 861 HIA (1395ff) |
| ☐ 892 Economic Stabilization Act | ☐ 196 Franchise | | | | ☐ 862 Black Lung (923) |
| | **REAL PROPERTY** | ☐ 365 Personal Injury- Product Liability | ☐ 444 Welfare | | ☐ 863 DIWC/DIWW (405(g)) |
| ☐ 893 Environmental Matters | ☐ 210 Land Condemnation | ☐ 368 Asbestos Personal Injury Product Liability | ☐ 445 American with Disabilities - Employment | ☐ 630 Liquor Laws | ☐ 864 SSID Title XVI |
| ☐ 894 Energy Allocation Act | ☐ 220 Foreclosure | | | ☐ 640 R.R. & Truck | ☐ 865 RSI (405(g)) |
| ☐ 895 Freedom of Info. Act | ☐ 230 Rent Lease & Ejectment | | ☐ 446 American with Disabilities - Other | ☐ 650 Airline Regs | **FEDERAL TAX SUITS** |
| ☐ 900 Appeal of Fee Determination Under Equal Access to Justice | ☐ 240 Torts to Land | | | ☐ 660 Occupational Safety/Health | ☐ 870 Taxes (U.S. Plaintiff or Defendant) |
| | ☐ 245 Tort Product Liability | | ☐ 440 Other Civil Rights | ☐ 690 Other | ☐ 871 IRS - Third Party 26 USC 7609 |
| ☐ 950 Constitutionality of State Statutes | ☐ 290 All Other Real Property | | | | |

**VIII(a). IDENTICAL CASES:** Has this action been previously filed and dismissed, remanded or closed? ☒ No ☐ Yes
If yes, list case number(s):

**CV08-01004**

**FOR OFFICE USE ONLY:** Case Number: _____

CV-71 (07/05) | CIVIL COVER SHEET | Page 1 of 2
CCD-JS44