Isaac E. Guillen, Esq., SBN 194829
LAW OFFICES OF ISAAC E. GUILLEN
100 North Citrus Street, Suite 620
West Covina, CA 91791
Phone:  (626) 859-0100
Fax:  (626) 859-2025

Attorney for Defendant
Matrix Document Imaging, Inc.

IN THE UNITED STATES DISTRICT COURT FOR THE
CENTRAL DISTRICT OF CALIFORNIA, WESTERN DIVISION

| | |
|---|---|
| Med-Legal, Inc., a California corporation<br><br>*Plaintiff*,<br><br>*vs.*<br><br>Matrix Document Imaging, Inc., a California corporation and Does 1-10, inclusive,<br><br>*Defendants.* | Case No. CV 08-01004 SJO(RZ)<br><br><br>**DEFENDANT MATRIX DOCUMENT IMAGING, INC.'S WITNESS LIST** |

**PLEASE TAKE NOTICE THAT:** Defendant Matrix Document Imaging, Inc. ("Matrix"), hereby submits its witness list for trial:

| **WITNESS** | **DIRECT** | **CROSS** |
|---|---|---|
| Thomas J. Smith | 2 Hrs. | |
| Rebuttal Witnesses | | |

**Brief Description of Testimony:**

**Thomas J. Smith:**
Mr. Smith is the President of Matrix Document Imaging, Inc.  Mr. Smith oversees all operations within his company.  Mr. Smith will testify as to how his QME/AME Directory and other items were put together and where the information came from.

////

////

- -

**Rebuttal witnesses:**

Rebuttal witnesses will be called only if needed, depending on how Med-Legal witnesses testify.

Dated: March 27, 2009                     Respectfully submitted,

                                                              /S/
                                          _____
                                          Isaac E. Guillen, Esq.
                                          Attorney for Defendant
                                          Matrix Document Imaging, Inc.